UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 2

# 12 CV 9183

_Bates Jermen_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_S.G.t. Urena John_

_Det. Baldwin Thomas_

_Andet Morfield_

_Kinardo Thomas_

_Garret Anita_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)



RECEIVED
DEC 17 2012
PRO SE OFFICE

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _Bates Jermen_
ID # _349-12-02366_
Current Institution _George Motchan Detention Center_
Address _15-15 Hazen Street_
          _E. Elmhurst, New York 11370_

B.    List all defendants' names, positions, places of employment, and the address  where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

**Defendant No. 1**   Name _SGt. Urena John_   Shield # _____
Where Currently Employed _42nd Pct. / 49th. Pct._
Address _1 Police Plaza_
_New York, N.Y. 10038_

**Defendant No. 2**   Name _Det. Baldwin Thomas_   Shield # _005857_
Where Currently Employed _42nd Pct. / 49th. Pct._
Address _1 Police Plaza_
_New York, N.Y. 10038_

**Defendant No. 3**   Name _Kenardo Thomas_   ~~Shield #~~ _Co. deft._
Where Currently Employed _N/A_
Address _2959 White Plains Rd. #3A_
_Bronx, N.Y. 10467_

**Defendant No. 4**   Name _Andre Morfield_   ~~Shield #~~ _Co. deft._
Where Currently Employed _N/A_
Address _2830 Olinville Avenue, #2H_
_Bronx, N.Y. 10467_

**Defendant No. 5**   Name _Garret Anita_   ~~Shield #~~ _Co. deft._
Where Currently Employed _N/A_
Address _2816 Bronx Park East, #C52_
_Bronx, N.Y. 10467_

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    ~~In what institution did the~~ events giving rise to your claim(s) occur? _Stop and Frisk, Fabricated Evidence, False Imprisonment, False Statements._

B.    Where ~~in the institution~~ did the events giving rise to your claim(s) occur? _Bronx County Located at 2825 Olinville Avenue, Bronx, New York, 10467_

C.    What date and approximate time did the events giving rise to your claim(s) occur? _August 9th, 2011 approximately 11:55 PM._

D.    Facts: On Tues. 9th. Aug. 2011 approx. 11:55 PM.
I, Bates Jerman was approached, stopped and frisked
by three unidentified individuals at 2825 Olinville Ave.
**What happened to you?**
in the lobby. Then taken and placed within a dark
van with unknown people to a precinct where all of
**Who did what?**
mr Bates property was taken from his persons and
arrested.
The unidentified individuals: Det. T. Baldwin, Det. C. Harmon, Det. A. Batista
The Unknown People: Kenardo Thomas, Garret Anita, Morfield Andre

**Was anyone else involved?**
Yes, S.Cot Urena John was asked by mr Bates before
being placed within the dark van specifically "Why was
he being detained?" No response/no maranda

**Who else saw what happened?**
People were in the neighborhood at that time
as well as video surveillance including the defendents
themselves.

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Please, take notice that the injuries
sustained by mr Bates were intentionally inflicted mental
and emotional distress. The unwarranted stop and frisk was
the abridgement of mr Bates civil liberties and constitutional
rights which caused a psychological effect from false impri-
sonment and recieving psychotropical medicine to induce
sleep for insomnia and depression.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures. However, this is
not an institutional claim, therefore, this section is inapplicable
concerning the issue of this claim.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No ✓    Do Not Know _____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? *NONE* _____

_____

2.    What was the result, if any? *NONE* _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. *NONE* _____

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

Please, Find that this 42 USC 1983 is Not an institutional claim, therefore, the grievance procedure is inapplicable concerning these issue's in this claim.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: Please, be advised that the Supreme Court, of Bronx Court located at 265 E.161st Street, by Filing Pro'se motions as Follows: 30.30, 190.80, 210.45, 170. and a Resignment of Counsel motion as well as a Writ of Habeas Habeas Corpus No Response.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Please, take notice that after the Supreme Court, Bronx County never entertained nor did assigned Counsel adopt any/all respectfully submitted Pro'se motions. Nevertheless, the total abridgement of mr. Bates civil liberties was total violation of Constitutional standard therefore, this is what prompt this civil action per 42 USC 1983.

<u>Note:</u>  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount.) mr. Bates, seek relief and compensatory damages for mental anguish, humiliation and anxiety that intentional infliction of emotional distress, insomnia, and depression, which False statements, Fabricated evidence, False arrest, False imprisonment that malicious prosecution caused the abridgement of mr. Bates, civil and constitutional liberties, therefore, all wages from Tues. 9th Aug. 2011 to present 33.3 0/0 percent from all defendants as lien toward punitive damages and compensatory damages, mental health therapy, Filing Fees and False imprisonment or in the total lumpsum of $33,300 collectively by all defendants, thereof.

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____    No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____    No _____
If NO, give the approximate date of disposition _____

*Rev. 05/2010*                                        8

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _JANUARY_ , 20_13_ .

Signature of Plaintiff    _Mr Bater. J._

Inmate Number    _349-12-02366_

Institution Address    _C.g.M.D.C._

_15-15 HAZEN St._

_E. Elmhurst, N.Y. 11370_

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1st_ day of _JANUARY_ , 20_13_, I am delivering this complaint to prison authorities to be mailed to the  _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _Mr Bater. J._

Bates, J.
349-12-02366
GMDC.
15-15 Hazen St.
E. Elmhurst, N.Y. 11370


Post Office
U.S. Courthouse
500 Pearl Street, Rm. 230
New York, N.Y. 10007



Re: 42 USC 1983


Clerk:
        Please, find that it is difficult getting to the law library and I am told specifically "The copy machine is down" and "there's no more 1983 packets", therefore, this 42 USC 1983 is being submitted respectfully as is certified mail & return receipt.

                            Thank You For Your
                            Time & Patience.

Enclosed: 42 USC 1983

                            Bates J.


Jmb



USM P3

USM SDNY

USA ASS

U.S POSTAGE
# 000002750
05.70
★ ★ ★
POSTALIA 320206

NG, NY
.12

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS
FOLD AT DOTTED LINE

7000 0640 0002 4490 5552 9454

Clerk; Pro'se Office
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, RM 230
New York, N.Y. 10007

RECEIVED
DEC 17 2012
PRO SE OFFICE

Bates, J.
349-12-02366
G.M.D.C.
15-15 Hazen St.
E. Elmhurst, N.Y. 11370