UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Bates Jervon_
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Warden (G.M.D.C)_
_Dep. Security_
_C.O. Adams_
_C.O. Pagan_
_C.O. Banks_
_C.O. Crowe_
_Ms. Mimms (Grievance Supv.)_
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
FEB 28 2013
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☒ Yes    ☐ No
*(check one)*

1:12 Civ. _09183_ (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/13_

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name _Bates Jervon_
ID# _349-12-02366_
Current Institution _George Motchan Detention Center_
Address _15-15 Hazen St._
_E. Elmhurst, N.Y. 11370_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Warden & Dep. Security_ Shield #_____
Where Currently Employed _George Motchan Detention Center_
Address _15-15 Hazen St._
_E. Elmhurst, N.Y. 11370_

Rev. 01/2010                                                1

Defendant No. 2   Name C.O. Adams & C.O. Pagan   Shield #_____
Where Currently Employed George Motchan Detention Center
Address 15-15 Hazen St.
E. Elmhurst, N.Y. 11370

Defendant No. 3   Name C.O. Banks   Shield #_____
Where Currently Employed George Motchan Detention Center
Address 15-15 Hazen St.
E. Elmhurst, N.Y. 11370

> Who did what?

Defendant No. 4   Name C.O. Crowe   Shield #_____
Where Currently Employed George Motchan Detention Center
Address 15-15 Hazen St.
E. Elmhurst, N.Y. 11370

Defendant No. 5   Name Ms. Mimms (Grievance Supv)   Shield #_____
Where Currently Employed George Motchan Detention Center
Address 15-15 Hazen St.
E. Elmhurst, N.Y. 11370

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
George Motchan Detention Center
15-15 Hazen St., E. Elmhurst, N.Y. 11370

B.   Where in the institution did the events giving rise to your claim(s) occur?
Within the Mailroom upon the Second Floor.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
On Fri. 1st Feb 2013 Approx. 1:45 PM – 2:15 PM.

> What happened to you?

D.   Facts: On Thur 31st. Jan. 2013 a certified envelope consisting of a check and letter delivered by C.O. Adams which was signed/logged within the daily log book Stop A station. Check was signed by me. Bates and

Rev. 01/2010                                        2

> given to CO. Adams. On Fri. 1st Feb. 2013 Mr. Bates exscorted by CO. Pagan to Mailroom were he was told by CO. Banks that check was unexceptable, can not be deposited within Mr. Bates account. Then check was placed within a pre-paid postage envelope with certified mail return reciept # 7000-0600-0024-0653-5356 And withdrawal sheet completed then handed CO. Banks the envelope for processing witnessed by CO. Crowe. (Surveillance video available of corridor to mailroom) Approx. 2:15 P.M. - 3:15 P.M. On Weds. 13 Feb. 2013 CO. Adams calls 5-Top, A-station for Mr. Bates to go and write a statement for the Dep. of Security concerning the incident while in the program room with CO. Adams, thereafter, Mr. Bates went to the grievance office to submit a grievance, however, Ms. Mimms (Grievance Supv.) would not except/submit Mr. Bates grievance for processing, as resolution. It's been 30 days since Mr. Bates dispersed certified Mail-return reciept with check (Financial instrument) that has not reached its destination. (Fed. Crim. Code Rules Title 18 SEC 1700-1708) Grand larceny)

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

> Mr. Bates, personal injury is the infliction of mental and emotional distress from the intentional and willful deprivation of a financial instrument/property. Mr. Bates had to recieve mental therapy and medication for his condition. (Attached)

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Please, Find that this Claim arose at the George Motchan Detention Center, 15-15 Hazen St, E. Elmhurst, New York, 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ____   Do Not Know ____

If YES, which claim(s)? But the Grievance Supervisor would not Except grievance.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Grievance was Rejected by Ms. Mimms (G.S)

1. Which claim(s) in this complaint did you grieve? Claim grieved was Concerning a track/location of Certified mail/Registered.

2. What was the result, if any? There were no results based on the total disregard of grievance Supvisor Ms. Mimms.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Mr. Bates then had his immediate family Contact the Warden through the legal Justice Department From Washington D.C..

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Mr. Bates on Weds. 13 Feb. 2013 went to the grievance department too submit

*Rev. 01/2010*                                4

the grievance to the Grievance Supervisor Ms. Mimms, however, she rejected Mr. Bates grievance and would not file it accordingly.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Mr. Bates informed the Supreme Court Judge Hon. Mr. Livote that a crime occurred within his jurisdiction and that the Warden of G.M.D.C. should be contacted concerning the fact of the investigation in the matter of Mr. Bates being a victim of such a crime.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Mr. Bates had his attorney Mr. E. Sanchez 1(718)892-4471, 1(718)536-0427 to call the G.M.D.C. Financial Department/Cashier concerning any deductions towards certified/registered mail. However, no response. Mr. Bates then contacted his civil attorney Mr. Wissner, 1(212)406-9288 that forwarded the check certified mail return receipt thereto, no reply. These are the remedies if grievance is not honored.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Mr. Bates as a victim of a crime request that his state case #3398/2011 be vacated/dismissed upon criminal liability claim and the infringement of constitutional minimal rights as detainee of G.M.D.C. Mr. Bates seeks reimbursement of the lost check of $1852.37 from the negligence of G.M.D.C. Mailing system governed by Fed. Crim. Code rules Title 18 Sec 1700-1708. Mr. Bates seeks compensatory damages for mental and emotional distress, punitive damages, false arrest, false imprisonment, the total neglect of ministreal duties governed by New York rules

Rev. 01/2010                                5

*Regulations, State Rules Regulations, And Federal Code of Rules in the said Amount of $33,300.00 And any further relief may deem just and Appropriate, thereof.*

**VI.    Previous lawsuits:**

**On these claims**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____    No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

*Rev. 01/2010*                                                  6

6.  Is the case still pending? Yes ____ No ✓

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _March_, 20_13_.

Signature of Plaintiff  _M. Bates, J._

Inmate Number  _349-12-02366_

Institution Address  _G.M.D.C._
_15-15 Hazen St._
_E. Elmhurst, N.Y. 11370_

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1st_ day of _March_, 20_13_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _M. Bates, J._

*Rev. 01/2010*                                     7

B+C#: 349-12-02366
NYSID #: 06939548M

 DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

1:12-cv-09183(LAP)

# AFTER CARE LETTER

Date: 1/2/2013

To Whom It May Concern:

Patient: Bates, Jervon  has been under our care for the following conditions:

I. Health Problems

II. Treatments; Medications; Date; Follow-up Needs

Patients Diagnosis:
 Axis I: Chronic residual schizophrenia - 295.62
 Axis II: Antisocial Personality Disorder - 301.7

Medications:
 Remeron 30mg 1x/day
 Vistaril 50mg 2x/day

Treatment:
 Mental Health Tx w/ MH Clinician 2x/month
 Medication Management/Therapy 1x/month

Follow-up care is required for the above condition(s)

Matthew Frey, LMSW
Mental Health Clinician

Matthew Frey, LMSW
Mental Health Clinician

Clinic Tel. #: 718-546-4698

MFrey  1/2/13

CHS 388 (2/09)

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF BRONX
### PART B1 & PART B2

1:12-CV-09183

---LAS

THE PEOPLE OF THE STATE OF NEW YORK,
ex rel.

**JERM[A]N  BATES**
34912[0---]

Relator,

*against*

WARD[EN] N.Y.C. D.O.C. ———— Warden of the
Peniten[tiary] of the City of New York, Rikers Island, New York

Defendant.

341041-12
INDEX      YEAR

Present:

Hon. _____
                          Justice.

The following papers used on this proceeding:

| | Papers Numbered |
|---|---|
| Petition | |
| Writ of Habeas Corpus | |
| Return to Writ of Habeas Corpus | |
| Exhibit Copy of Commitment | |
| Exhibit Copy of Complaint | |
| Traverse to Retuen | |
| Stenographer's Minutes | |

[t]he foregoing papers and the hearing and proceedings had, this writ is

dismiss[ed]
adjourn[ed]          **Withdrawn without prejudice.**
decision [res]erved
sustaine[d]

and the [caus]e _____ is remanded.

See opin[ion]
Dated JAN 0 2 2013, 20__

JAMES M. KINDLER, J.S.C.

People's [Brief] _____  Relator's Brief _____



BATES, T.
349-12-02366
G.M.D.C.
15-15 HAZEN St.
E. Elmhurst, N.Y. 11370

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, N.Y. 10007