UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-2013
```

BATES JERVON
_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Sgt. URENA John

Det. T. Baldwin

Det. C. Harmon

Det. A. Batista

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes   ☐ No
(check one)

1:12 Civ. 09183 (LAP)

RECEIVED
MAY - 6 2013
PRO SE OFFICE

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  BATES JERVON
              ID#   349-12-02366
              Current Institution  George Motchan Detention Center
              Address  15-15 Hazen Street, E. Elmhurst, New York 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Sgt. URENA John   Shield # N/A
                  Where Currently Employed  New York City (Bx. County)
                  Address  N/A

Rev. 01/2010                                            1

Defendant No. 2   Name  Det. T. Baldwin   Shield # N/A
Where Currently Employed  New York City (Bx. County)
Address  N/A

Defendant No. 3   Name  Det. C. Harmon   Shield # N/A
Where Currently Employed  New York City (Bx. County)
Address  N/A

<div style="margin-left:1em"><strong>Who did what?</strong></div>

Defendant No. 4   Name  Det. A. Batista   Shield # N/A
Where Currently Employed  New York City (Bx. County)
Address  N/A

Defendant No. 5   Name  Unknown Accomplices   Shield # _____
Where Currently Employed  Kenardo Thomas (Principle)
Address                           Garrett Anita (Accomplice)
                                  Morfield Andre (Accomplice)

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
New York City Precinct (Police Precinct).
#3398/2011 Indictment

B.   Where in the institution did the events giving rise to your claim(s) occur?
Intake/Pedigree processing during Arrest
at the 2825 Olinville Ave. Lobby (Scene of Incident)

C.   What date and approximate time did the events giving rise to your claim(s) occur?
The Events Arose approx. 11:55 pm on Tues 9th Aug. 2011.

<div style="margin-left:1em"><strong>What happened to you?</strong></div>

D.   Facts: On Tues. 9th Aug. 2011, mr Bates after leaving the Residence of Ms. Ella (Emma) at Apt. #5A was stopped and frisked (Terry v. Ohio, 392 U.S. 1) within the lobby of 2825 Olinville Ave. by unidentified officers

Rev. 01/2010                                                    2

known as Det. T. Baldwin, Det. C. Harmon, and Det. A. Batista where they searched and seized (arrested) in violation of the Fourth Amendment command and no warrant nor Miranda rule (Miranda v. Arizona, 384 US. 436, 86 S.Ct. 1602, 1802). Then was taken to the street where the Commanding officer Sgt. Urena John was specifically asked by Mr. Bates: why was he being detained? Twice, no response. (Payton v. New York, 445 US. 573). Then he was placed in a van with unknown people (Kenardo Thomas, Garrett Anita, and Morfield Andre) to the precinct for processing, at approx. 11:55 pm. And charged with Criminal Sale of Controll Substance 3° which is a false accusatory instrument/false statement. Whereas Mr. Bates, has no past or present relation with said mention accomplices nor did he have any pre-recorded buy money or illegal substance on his persons. (People v. Hibbert, 282 A.D. 2d 365, 725 N.Y.S 2d 305) therefore, questioning the purpost for stopping Mr. Bates in the First place? (People v. Ingle, 36 N.Y. 2d 413)

<div style="border:1px solid;">Was anyone else involved?</div>

<div style="border:1px solid;">Who else saw what happened?</div>

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Mr. Bates suffered extreme mental anguish he receives medication for depression and insomnia (sleep deprivation), nevertheless, unreasonable/unwarranted restraints on personal liberties as a private citizen of the due process clause of the 14th Amendment is violation of 4th Amendment Constitutional principles of unlawful restraint or confinement. (Anilao v. Spota, 774 F. Supp. 2d. 457, 510-512)

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Mr. Bates, was detained at the Rikers Island, George Motchan Detention Center, 15-15 Hazen Street, East Elmhurst, New York 11370*

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ✓    Do Not Know ____

If YES, which claim(s)?
*N/A*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
*N/A*

   1. Which claim(s) in this complaint did you grieve?
   *N/A*

   2. What was the result, if any?
   *N/A*

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
   *N/A*

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
   *Mr. Bates claim is beyond institutional resolution and jurisdiction however, a suppression should have been held to resolve issue at hearing. (Dunaway*

v. New York, 442 US 200, 99 S.Ct. 2248), either probable cause or consent under the Fourth Amendment nomenclature "Arrest" is irrelevant if the conduct is constitutionally prohibited.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Mr. Bates, respectfully submitted (2) Two consecutive Writ(s) of Habeaus Corpus which were "Withdrawn Without Prejudice" by Legal Aid Atty Ms. Barbra Hamilton, Bx. County. And the disciplinary committee concerning 18B Atty Mr. Emmanual A. Sanchez and the Judicial Committee concerning state Judge Mr. Livote but this case still resumes.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Mr. Bates at varies stages of the proceedings, have respectfully submitted Four (4) consecutive motions to the Bronx County, Supreme Court, part H-75 as follows: CPL-170, CPL-210.45, CPL 190.80 and CPL 30.30 which were not adopted nor honored by Judge Mr. Livott, therefore, a "Reassignment of Counsel" Motion has been submit again disregarded.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Mr Bates a private citizen seeks relief from fraud, perjury or the misrepresentation of falsification of evidence (Schanbarger v. Kellogg, 43 A.D. 2d. 362) and freedom from unjustifiable litigation of false imprisonment in essence of malicious prosecution/perversion of proper legal procedures clearly insufficient to establish any basis for a reasonable suspicion applicable to the prima facie rule, wherefore, lost wages, mental anguish, humiliation, anxiety, Fourth and Fifth Amendment, 14th Amendment Contractual Command of Constitution, nominal damages of extenjudicial that is without legal process or color of legal

Authority (Brown v. Chadsey, 39 Barb 253, Broughton v. State of N.Y. 43.A.D. 2d 389, 390, 37 N.Y. 2d 455) and to have vacated, expunged and sealed per. CPL 160.50.

**VI.   Previous lawsuits:**

<div style="margin-left:2em">**On these claims**</div>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case_____
      5.   Approximate date of filing lawsuit _____
      6.   Is the case still pending? Yes _____ No _____

         If NO, give the approximate date of disposition_____

      7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case_____
      5.   Approximate date of filing lawsuit _____

*Rev. 01/2010*                                        6

6. Is the case still pending? Yes ✓  No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____


I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _May_, 20_13_.

Signature of Plaintiff     _M. Bates, J._

Inmate Number     _349-12-02366_

Institution Address   _G.M.D.C._
                     _15-15 Hazen St._
                     _E. Elmhurst, New York_
                     _11370_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1st_ day of _May_, 20_13_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _M. Bates, J._

CC:
Attorney General
Department of Law
Albany, New York 12224-0341

Civil Atty
Ms. Beth Schlossman
26 Court St. RM. 2305
Brklyn, N.Y. 11205

*Rev. 01/2010*                    7

Bates, J.
349-72-02366
G.M.D.C.
15-15 Hazen St.
E. Elmhurst, N.Y.

USMS SDNY

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
02 MAY 2013 PM 5 L

USA FIRST-CLASS FOREVER

RECEIVED
SDNY PRO SE OFFICE
2013 MAY -6 P 2:48

Clerk: Pro Se Office
U.S. District Court
Southern District of N.Y.
U.S. Courthouse - 500 Pearl St.
New York, N.Y. 10007

1000781001